In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO.  09-12-00578-CR
_____

### STEVI LOUISE-GUEST COOPER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 411th District Court
Polk County, Texas
Trial Cause No. 22394**

## MEMORANDUM OPINION

Stevi Louise-Guest Cooper appeals her conviction on her plea of guilty to third-degree felony theft. After accepting Cooper's plea, the trial court sentenced Cooper to eight years of confinement. Cooper's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is "wholly without merit." *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time for appellant to file a pro se response, but received no

1

response from appellant. Having reviewed the appellate record, we agree with counsel's conclusion that no arguable issues support an appeal. It is unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). The trial court's judgment is affirmed.

AFFIRMED.

_____
DAVID GAULTNEY
Justice

Submitted on May 14, 2013
Opinion Delivered May 22, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.